# United States Court of Appeals

## For the First Circuit

No. 20-1018

UNITED STATES OF AMERICA,

Appellee,

v.

VALENTIN DELO PEREZ SOTO, a/k/a Miguel Martinez,
a/k/a Miguelin Valentine Sanchez, a/k/a Harold Gutierrez,
a/k/a Miguel Angel Sanchez Caraballo,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 16, 2023, is amended as follows:

On page 3, line 2-3, replace "Nearly a decade later, in June 2015," with "In June 2015,"

On page 8, line 10, replace "United States v." with "United States v."